HUB TOWEL SUPPLY CORP., Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE CALLOWAY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FELIX ADAM- KIEWICZ, Appellant.— Judgment affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.; Peck, P. J., and Shientag, J., dissent and vote to reverse and dismiss the information on the ground that the guilt of the defendant was not established beyond a reasonable doubt.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM SCHWARTZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

EDWARD FRIEDMAN, Appellant, v. HAROLD T. WHITE et al., Copartners Doing Business under the Name of WHITE, WELD & Co., Respondents.— Whether or not the discontinuance with prejudice amounts to a release which would be a defense should await the determination upon the trial. Order unanimously affirmed, with $20 costs and disbursements. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ABNER SYMMONS, Appellant, v. KATHERINE L. A. SYMMONS, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

CHRISTIAAN L. MEIJER, JR., Respondent-Appellant, v. GENERAL CIGAR CO., INC., Appellant-Respondent.— Order, so far as appealed from by the defendant, unanimously reversed and the motion to strike out the second, fourth and fifth affirmative defenses and the ninth partial defense in the answer as insufficient in law, and to strike out the paragraphs of the answer numbered 9, 10, 11, 19 and 38 and the words " by virtue of said Netherlands Royal Decree of May 24, 1940 " contained in paragraph 13 of said answer and the exhibits A and B, annexed thereto, denied. The sufficiency of the defenses may depend on the development of the facts adduced at the trial. Order, so far as appealed from by the plaintiff, unanimously affirmed. As so modified the order, so far as appealed from, is unanimously affirmed, with $20 costs and disbursements to the defendant. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

LAWRENCE POMEROY, Appellant, v. ROBERT WESTAWAY et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [189 Misc. 307.] [See *post*, p. 878.]

LEWIS A. DREYER, as Administrator of the Estate of BALLARD MACDONALD, Deceased, Appellant, v. SHAPIRO-BERNSTEIN & Co., INC., Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disburse- ments. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *post*, p. 846.]